IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEONARD LEROY GARRISH, JR., et al. | * | BML 4 |
| Plaintiffs | * | CIVIL ACTION NO. |
| vs. | * | 96-225 |
| A.C.&S., INC., et al. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

AND NOW this 27th day of August, 2001, upon consideration of Plaintiffs' Motion, it is

ORDERED that the Plaintiffs be granted leave to file an amended Complaint.

_____
United States District Judge

Charles R. Weiner

